### 2469.   RHODES & SON COMPANY v. FOOR.

POWELL, J.   The court did not err in overruling the certiorari.

*Judgment affirmed.*

Certiorari; from Bibb superior court—Judge Felton.   January 25, 1910.

Argued April 15,—Decided April 19, 1910.

*Hardeman, Jones, Callaway & Johnston,* for plaintiff.

*Napier & Maynard,* for defendant.

---

### 2472.   GENERAL ACCIDENT, FIRE & LIFE ASSURANCE CORPORATION LIMITED v. TURNER.

POWELL, J.   There is no legal brief of the evidence in the record.   The alleged errors can not be considered.   See *Powers* v. *Central Ry. Co.* and *Southern Ry. Co.* v. *Wafford,* ante, 652, 673 (67 S. E. 831); *Oconee Oil Co.* v. *Planters Oil Co.,* 6 *Ga. App.* 413 (65 S. E. 144).

*Judgment affirmed.*

Appeal; from Whitfield superior court—Judge Fite.   January 15, 1910.

Submitted April 15,—Decided April 19, 1910.

*J. M. Rudolph,* for plaintiff in error.   *M. C. Tarver,* contra.